1  ELLISON, WHALEN & BLACKBURN
   Attorneys at Law
2  KIRK BLACKBURN
   State Bar No. 246582
3  PATRICK J. WHALEN
   State Bar No. 173489
4  1201 K Street, Ste. 1960
   Sacramento, CA 95814
5  Telephone: (916) 448-2187
   Facsimile: (916) 448-5346
6  E-mail: attorneys@ellisonlawoffices.com

7  Attorneys for Plaintiff
   Western States Trucking Association
8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  WESTERN STATES TRUCKING         Case No. 2:18-cv-01989-MCE-KJN
    ASSOCIATION
14                                  **ORDER GRANTING**
              Plaintiff,            **LEAVE TO FILE OVERSIZE BRIEF**
15       vs.

16                                  Date:      Off calendar
    ANDRE SCHOORL, Acting Director of the   Judge: :    Hon. Morrison C. England, Jr.
17  California Department of Industrial Relations;  Action Filed: 7/19/2018
    XAVIER BECERRA, Attorney General for the
18  State of California, and DOES 1-50

19            Defendants.

20

21

22

23

24

25

26

27

28

Good cause having been shown, Plaintiff WSTA's Motion to File an Oversize Brief is GRANTED.

IT IS SO ORDERED.

Dated: October 1, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE